**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 27, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76658 | Gevante D. Anderson vs. State of Missouri |
| WD77125 | Jewell D. Saunders vs. State of Missouri |
| WD77436 | Richard Carmack vs. Rosalee Kirby, Co-Representative of the Estate of Irma Frances Carmack, Deceased, Joann Meyer, Co-Personal Representative of the Estate of Irma Frances Carmack, Deceased, Kenneth Earl Carmack, Co-Representative of the Estate of Irma Frances Carmack, Deceased, Bernie Carmack, Maurice Carmack and Tri-County Trust Company |
| WD77700 | In the Interest of: S.T. & P.T.; Juvenile Officer vs. B.T. (Father) |
| WD77701 | Consolidated with WD77700 |
| WD77816 | Agile Specialty Transportation vs. Division of Employment Security |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77049 | State of Missouri vs. Timothy Ryan Sanders |
| WD77098 | State of Missouri vs. Michael Dean Fisher, Jr. |
| WD77340 | State of Missouri vs. Frederick Alfred Davis, Jr. |